UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

:     CRIMINAL NO. 3:15-72

v.

:     (JUDGE MANNION)

MICHAEL COSTELLO,

:

Defendant

:

## ORDER

Based on the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

Defendant Michael Costello's second Motion for Compassionate Release and for Immediate Release to Home Confinement, under §3582(c)(1)(A), **(Doc. 96)**, is **DENIED ON ITS MERITS**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: October 16, 2020**
15-72-02-Order